# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Henry B. Lewis<br>    &&<br>Margaret E. Lewis<br>               Debtors | CHAPTER 13<br><br>BKY. NO. 13-70258 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE1, Asset-Backed Certificates Series 2005-HE1 and index same on the master mailing list.

                             Respectfully submitted,

                             **/s/ James C. Warmbrodt, Esquire**
                             James C. Warmbrodt, Esquire
                             jwarmbrodt@kmllawgroup.com
                             Attorney I.D. No. 42524
                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106
                             Phone: (215)-627-1322
                             Attorney for Movant/Applicant