# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–7 | User: aala | Date Created: 8/16/2018 |
| Case: 13–70258–JAD | Form ID: 3180W | Total: 40 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al...
cr      U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005–HE1, Asset–Backed Certificates Series 2005–HE1
cr      SELECT PORTFOLIO SERVICING INC. as servicer for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005–H

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
tr       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
aty     Christopher A. DeNardo     pabk@logs.com
aty     Christopher J. Davis     cjd@sgkpc.com
aty     James Warmbrodt     bkgroup@kmllawgroup.com
aty     Kenneth P. Seitz     thedebterasers@aol.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Henry B Lewis     11311 Beechill Road     P.O. Box 67     Mineral Point, PA 15942
jdb     Margaret E Lewis     11311 Beechill Road     P.O. Box 67     Mineral Point, PA 15942
cr      Capital One, N.A.     Bass & Associates, P.C.     3936 E. Ft. Lowell Rd, Suite #200     Tucson, AZ 85712
cr      M&T Bank, successor in interest to M&T Credit Services, LLC     80 Holtz Drive     Cheektowaga, NY 14225
cr      SELECT PORTFOLIO SERVICING, INC     3815 South West Temple     Salt Lake City, UT 84115
cr      eCAST Settlement Corporation     c/o Bass & Associates, P.C.     3936 E Ft. Lowell, Suite 200     TUCSON, AZ 85712
cr      PERITUS PORTFOLIO SERVICES II, LLC     PO BOX 141419     IRVING, TX 75014–1419
aty     vde13     Office of the Chapter 13 Trustee     Suite 3250 US Steel Tower     600 Grant Street     Pittsburgh, PA 15219
smg     Pennsylvania Dept. of Revenue     Department 280946     P.O. Box 280946     ATTN: BANKRUPTCY DIVISION     Harrisburg, PA 17128–0946
13608299     Barber Oil Company     P.O. Box 268     Ebensburg, PA 15931
13694513     Capital One, N.A.     c/o Bass & Associates, P.C.     3936 E. Ft. Lowell Road, Suite #200     Tucson, AZ 85712
13656465     Cavalry Portfolio Services     500 Summit Lake Drive, Ste 400     Valhalla, NY 10595
13608300     Chase Home Mortgage     P.O. Box 78420     Phoenix, AZ 85062
13608301     Department of Veterans Affairs     2907 Pleasant Valley Blvd.     Altoona, PA 16602
13701831     Dept. of Veterans Affairs     Office of Regional Counsel(642/02)     3900 Woodland Ave.     Philadelphia, PA 19104
13805077     First National Bank of Pa.     4140 East State St.     Hermitage, PA 16148
13608302     GECRB/Care Credit     P.O. Box 960061     Orlando, FL 32896
13697699     JPMorgan Chase Bank, National Association     Attn: Correspondence Mail, Mail code LA4     700 Kansas Lane     Monroe, LA 71203
13608303     M&T Bank     Lending Services, Customer Support     P.O. Box 900     Millsboro, DE 19966
13645912     M&T Bank     PO Box 1508     Buffalo, New York 14240
14381420     PERITUS PORTFOLIO SERVICES II, LLC     PO BOX 141419     Irving, Tx 75014–1419
13608304     Penelec     P.O. Box 3687     Akron, OH 44309
13678939     Pennsylvania Electric Co.     331 Newman Springs Rd.     Building 3     Red Bank, NJ 07701
13688956     Portfolio Recovery Associates, LLC     POB 12914     Norfolk VA 23541
13608305     Pristow's Sales & Services, Inc.     1900 Bedford Street     Johnstown, PA 15904
13608306     Social Security Administration     300 Spring Garden Street     Philadelphia, PA 19123–2992
13724975     U.S. Bank, N.A., successor trustee to L     Serviced by Select Portfolio Servicing,     3815 South West Temple     Salt Lake City, UT 84115
13608307     Walmart/GECRB     P.O. Box 530927     Atlanta, GA 30353
13608308     Wells Fargo     P.O. Box 10475     Des Moines, IA 50306
13624209     Wells Fargo Bank NA     PO Box 10438     Des Moines IA 50306–0438
13853111     eCast Settlement Corporation     PO Box 28136     New York, NY 10087–8136

TOTAL: 31