**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    HENRY B LEWIS
    MARGARET E LEWIS
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

**DEFAULT O/E JAD**

Case No.:13-70258 JAD

Chapter 13

Document No.: 56

ORDER OF COURT

AND NOW, this ____16th____ day of ____August____, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jsf

FILED
8/16/18 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                                    United States Bankruptcy Court
                                    Western District of Pennsylvania
In re:                                                                      Case No. 13-70258-JAD
Henry B Lewis                                                               Chapter 13
Margaret E Lewis
         Debtors                            CERTIFICATE OF NOTICE
District/off: 0315-7           User: aala                  Page 1 of 2                  Date Rcvd: Aug 16, 2018
                               Form ID: pdf900             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db/jdb         +Henry B Lewis,    Margaret E Lewis,    11311 Beechill Road,    P.O. Box 67,
                 Mineral Point, PA 15942-0067
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +M&T Bank, successor in interest to M&T Credit Serv,    80 Holtz Drive,
                 Cheektowaga, NY 14225-1470
13608299       +Barber Oil Company,    P.O. Box 268,   Ebensburg, PA 15931-0268
13608300       +Chase Home Mortgage,    P.O. Box 78420,   Phoenix, AZ 85062-8420
13608301       +Department of Veterans Affairs,    2907 Pleasant Valley Blvd.,    Altoona, PA 16602-4305
13701831       +Dept. of Veterans Affairs,   Office of Regional Counsel(642/02),    3900 Woodland Ave.,
                 Philadelphia, PA 19104-4551
13805077       +First National Bank of Pa.,    4140 East State St.,   Hermitage, PA 16148-3401
13697699       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13645912       +M&T Bank,   PO Box 1508,   Buffalo, New York 14240-1508
13608304       +Penelec,   P.O. Box 3687,   Akron, OH 44309-3687
13678939       +Pennsylvania Electric Co.,    331 Newman Springs Rd.,   Building 3,    Red Bank, NJ 07701-5688
13608305       +Pristow's Sales & Services, Inc.,    1900 Bedford Street,    Johnstown, PA 15904-1099
13724975       +U.S. Bank, N.A., successor trustee to L,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13624209        Wells Fargo Bank NA,    PO Box 10438,   Des Moines IA 50306-0438
13853111        eCast Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Aug 17 2018 01:59:11       Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Aug 17 2018 01:59:12       eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13694513       +E-mail/Text: bnc@bass-associates.com Aug 17 2018 01:59:11       Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13656465       +E-mail/Text: bankruptcy@cavps.com Aug 17 2018 02:00:15       Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13608302       +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 02:03:57       GECRB/Care Credit,
                 P.O. Box 960061,    Orlando, FL 32896-0061
13608303        E-mail/Text: camanagement@mtb.com Aug 17 2018 01:59:25       M&T Bank,
                 Lending Services, Customer Support,    P.O. Box 900,   Millsboro, DE 19966
14381420        E-mail/Text: peritus@ebn.phinsolutions.com Aug 17 2018 02:00:44
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,   Irving, Tx 75014-1419
13688956        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2018 02:26:26
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13608306        E-mail/Text: philadelphia.bnc@ssa.gov Aug 17 2018 02:00:18       Social Security Administration,
                 300 Spring Garden Street,    Philadelphia, PA 19123-2992
13608307       +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 02:04:56       Walmart/GECRB,   P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al..
cr              SELECT PORTFOLIO SERVICING INC. as servicer for U.
cr              U.S. Bank, N.A., successor trustee to LaSalle Ban
cr*            PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    IRVING, TX   75014-1419
cr             ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13608308       ##+Wells Fargo,   P.O. Box 10475,   Des Moines, IA 50306-0475
                                                                                               TOTALS: 3, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-7          User: aala              Page 2 of 2              Date Rcvd: Aug 16, 2018
                              Form ID: pdf900         Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
          Christopher A. DeNardo    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
           al... pabk@logs.com
          Christopher J. Davis    on behalf of Creditor    M&T Bank, successor in interest to M&T Credit
           Services, LLC cjd@sgkpc.com, pms@sgkpc.com
          James   Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
           2005-HE1, Asset-Backed Certificates Series 2005-HE1 bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    SELECT PORTFOLIO SERVICING INC. as servicer for U.S.
           Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of
           Bear Stearns Asset Backed Securities I Trust 2005-H bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Margaret E Lewis thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Henry B Lewis thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```