**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    HENRY B LEWIS
    MARGARET E LEWIS
          Debtor(s)

    Ronda J. Winnecour
          Movant
       vs.
    No Repondents.

Case No.:13-70258 JAD

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 04/09/2013  and confirmed on 06/07/2013 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,375.92 |
| Less Refunds to Debtor | 638.52 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,737.40 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,960.00 | |
|    Trustee Fee | 3,415.28 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,375.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   US BANK NA | 0.00 | 39,591.96 | 0.00 | 39,591.96 |
|     Acct: 6363 | | | | |
|   US BANK NA | 638.52 | 638.52 | 0.00 | 638.52 |
|     Acct: 6363 | | | | |
|   WELLS FARGO FINANCIAL NATIONAL BAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9376 | | | | |
|   M & T BANK | 0.00 | 26,483.30 | 0.00 | 26,483.30 |
|     Acct: 4856 | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4918 | | | | |
|   PERITUS PORTFOLIO SERVICES II LLC | 12,912.52 | 12,912.52 | 1,735.82 | 14,648.34 |
|     Acct: 4247 | | | | |
| | | | | 81,362.12 |
| Priority | | | | |
|   KENNETH P SEITZ ESQ | 2,960.00 | 2,960.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HENRY B LEWIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 13-70258 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | HENRY B LEWIS | 638.52 | 638.52 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | * * * N O N E * * * | | | | |
| Unsecured | | | | | |
| | BARBER OIL CO. | 607.53 | 0.00 | 0.00 | 0.00 |
| | Acct: 6018 | | | | |
| | US DEPT OF VETERANS AFFAIRS | 5,559.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 1053 | | | | |
| | GEMB | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX8953 | | | | |
| | PENELEC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX5761 | | | | |
| | PRISTOWS SALES & SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX2792 | | | | |
| | SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX9905 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 3,990.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 7975 | | | | |
| | WELLS FARGO FINANCIAL NATIONAL BAN | 25.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9376 | | | | |
| | CAVALRY INVESTMENTS LLC - ASSIGNEE | 28,101.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 2126 | | | | |
| | PENELEC/FIRST ENERGY** | 623.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 2323 | | | | |
| | ECAST SETTLEMENT CORP** | 401.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 3313 | | | | |
| | BASS & ASSOCIATES PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3313 | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | * * * N O N E * * * | | | | |

TOTAL PAID TO CREDITORS                                                                                          81,362.12

TOTAL CLAIMED
PRIORITY              0.00
SECURED          13,551.04
UNSECURED        39.309.05

Date: 09/20/2018                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.co
m