**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Henry B. Lewis<br>         Margaret E. Lewis<br><br>                                    Debtors<br><br>U.S. Bank, N.A., successor trustee to LaSalle Bank<br>National Association, on behalf of the holders of Bear<br>Stearns Asset Backed Securities I Trust 2005-HE1,<br>Asset-Backed Certificates Series 2005-HE1<br><br>                                    Movant<br>                    v.<br>Henry B. Lewis<br>Margaret E. Lewis<br>                                    Respondent<br>                    and<br>Ronda J. Winnecour, Trustee<br><br>                                    Additional Respondent | BK. NO. 13-70258 JAD<br><br>CHAPTER 13<br><br>Doc. # 71 |

**ORDER**

AND NOW, this  30th    day of  January, 2019    upon consideration of the Motion to Reopen Bankruptcy Case filed in the above captioned bankruptcy case for the limited purpose of allowing Movant to file an Amended Response to Notice of Final Cure; and the Court having considered the Motion; and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED;

2. The case shall be opened for the sole purpose of permitting Movant to file an Amended Response to Notice of Final Cure;

3. Movant shall file its Amended Response to Notice of Final Cure within fifteen (15) days from the entry of this Order;

3. The case shall be re-closed thereafter.

_____jsf
United States Bankruptcy Judge

FILED
1/30/19 12:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Henry B. Lewis
11311 Beechill Road
P.O. Box 67
Mineral Point, PA 15942

Margaret E. Lewis
11311 Beechill Road
P.O. Box 67
Mineral Point, PA 15942

Kenneth P. Seitz, Esq.
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
thedebterasers@aol.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-70258-JAD
Henry B Lewis                                                         Chapter 13
Margaret E Lewis
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: aala            Page 1 of 1           Date Rcvd: Jan 30, 2019
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2019.
db/jdb         +Henry B Lewis,   Margaret E Lewis,   11311 Beechill Road,   P.O. Box 67,
                Mineral Point, PA 15942-0067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2019 at the address(es) listed below:
              Christopher A. DeNardo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et
               al... pabk@logs.com
              Christopher J. Davis    on behalf of Creditor    M&T Bank, successor in interest to M&T Credit
               Services, LLC cjd@sgkpc.com, pms@sgkpc.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2005-HE1, Asset-Backed Certificates Series 2005-HE1 bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    SELECT PORTFOLIO SERVICING INC. as servicer for U.S.
               Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of
               Bear Stearns Asset Backed Securities I Trust 2005-H bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Margaret E Lewis thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Henry B Lewis thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8